1  PHILLIP A. TALBERT
   United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, Ca 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,               Case No: 1:16-cr-00197 LJO/SKO

12                        Plaintiff,         **STIPULATION BETWEEN THE UNITED
                                            STATES AND DEFENDANT REGARDING
13                                          PRODUCTION OF PROTECTED
                                            INFORMATION; PROTECTIVE ORDER RE:
14              v.                          SAME**

15

16  JOHN CARL OJALA,                        Ctrm:           4

17                        Defendant.         Hon. Lawrence J. O'Neill

18

19

20         WHEREAS, the discovery in this case contains private personal information regarding third

21  parties (both adults and minors), including but not limited to their names, dates of birth, physical

22  descriptions, telephone numbers and/or residential addresses ("Protected Information"); and

23         WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the

24  unauthorized disclosure or dissemination of this information to anyone not a party to the court

25  proceedings in this matter;

26         The parties agree that entry of a stipulated protective order is therefore appropriate.

27

28                                              1

THEREFORE, defendant JOHN CARL OJALA, by and through his counsel of record, David A. Torres ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Brian W. Enos, hereby agree and stipulate as follows:

1.      This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2.      This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3.      By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel's attorneys, designated defense investigators, designated defense experts, and support staff.  Defense Counsel may permit the defendant to view unredacted documents in the presence of his attorneys, defense investigators, and/or support staff.  The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents, if any, from which Protected Information has first been redacted.

4.      The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the United States of America ("Government").   Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5.      Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6.      Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7.      In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by

///

///

1  this Order.

2  IT IS SO STIPULATED.

3                                                          (*As auth. 12/15/16*)

4  Dated: December 15, 2016                        By: /s/ David A. Torres
                                                    David A. Torres
5                                                   Attorney for Defendant
                                                    JOHN CARL OJALA
6

7  Dated: December 15, 2016                        PHILLIP A. TALBERT
                                                    United States Attorney
8

9                                                  By: /s/ Brian W. Enos
                                                    Brian W. Enos
10                                                  Assistant U.S. Attorney

11

12  IT IS SO ORDERED.

13     Dated:   **December 15, 2016**              **/s/ Lawrence J. O'Neill**
14                                                 UNITED STATES CHIEF DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28