# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>vs.<br>John Carl Ojala | Case No. 1:16-cr-00197 – LJO/SKO – 001 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____John Carl Ojala_____, have discussed with _____Francisco J. Guerrero_____, Pretrial Services Officer, modifications of my release conditions as follows:

Pretrial Services is authorized to maintain contact with the defendant's employer for the purpose of monitoring his employment stability and compliance with the conditions of release; and,
The defendant must provide a monthly written report from his employer regarding his compliance with his employer's computer/internet access policy as directed by the Pretrial Services Officer.
All other conditions previously imposed shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_John Ojala_          12/22/16          _Francisco J. Guerrero_          12/22/2016
Signature of Defendant   Date              Pretrial Services Officer           Date

I have reviewed the conditions and concur that this modification is appropriate.

_BS Ewing_                                                                12/23/16
Signature of Assistant United States Attorney                               Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                                              12/23/16
Signature of Defense Counsel                                                Date

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on _____12/23/16_____.
[ ] The above modification of conditions of release is *not* ordered.

_Jennifer L. Thurston_                                                      12/23/16
Signature of Judicial Officer                                               Date

cc:    U.S. Attorney=s Office, Defense Counsel, Pretrial Services