# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

United States of America
vs.
John Carl Ojala

Case No. 1:16-cr-00197 – LJO/SKO - 001

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____John Carl Ojala_____, have discussed with _____Francisco J. Guerrero_____, Pretrial Services Officer, modifications of my release conditions as follows:

You must not use or possess a computer or any device capable of accessing the Internet in your residence or at any other location unless otherwise approved by the pretrial services officer; however, your daughter may have one password protected laptop computer and one password protected desktop computer, your granddaughters may have one password protected laptop computer for school purposes.
All other conditions previously imposed shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_John Ojala_        02/01/17        _Francisco J. Guerrero_        2/01/2017
Signature of Defendant    Date    Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                                 2-3-17
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                 3 FEB 17
Signature of Defense Counsel    Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on    2/6/17   .
[ ] The above modification of conditions of release is *not* ordered.

_Jennifer L. Thurston_                         2/6/17
Signature of Judicial Officer                  Date

cc:    U.S. Attorney=s Office, Defense Counsel, Pretrial Services