PHILLIP A. TALBERT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>           v.<br><br>JOHN CARL OJALA,<br><br>                        Defendant. | Case No: 1:16-cr-00197 LJO/SKO<br><br>**STIPULATION TO CONTINUE MARCH 20, 2017 STATUS CONFERENCE TO MAY 15, 2017; ORDER**<br><br>Ctrm:  7<br><br>Hon. Sheila K. Oberto |

   THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brian W. Enos, counsel for the government, and David A. Torres, counsel for Defendant John Carl Ojala ("defendant"), that this action's **Monday, March 20, 2017 status conference be continued to Monday, May 15, 2017, at 1:00 p.m.**

   The parties base this stipulation on good cause. To explain, on December 13, 2016, defendant appeared at the U.S. District Court in Bakersfield for his arraignment and detention hearing. Doc. 6. At the conclusion of this hearing, the court in Bakersfield set an initial status conference to take place at the U.S. District Court in Fresno, Courtroom 7, on March 20, 2017. Ibid. On February 13, 2017, counsel for

1

1  the parties received a note from chambers of Courtroom 7 advising that there "will be no status
2  conference calendar on this date", and asking the parties to instead select April 3, 2017 or May 15, 2017.
3  After conferring about this issue, counsel for both parties determined that they were both available on
4  May 15, 2017.
5      For the above stated reasons, the stipulated continuance will conserve time and resources both
6  for the parties and the court, and the delay resulting from this continuance shall be excluded in the
7  interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A).

                                        PHILLIP A. TALBERT
                                        United States Attorney

Dated: February 23, 2017      By: Brian W. Enos
                                        BRIAN W. ENOS
                                        Assistant U.S. Attorney

                                        (As auth. 2/23/17)

Dated: February 23, 2017      /s/ David A. Torres
                                            David A. Torres
                                        Attorney for Defendant

## ORDER

IT IS SO ORDERED.

Dated: **February 23, 2017**         /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE