# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
MAY 0 3 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States of America )
vs. ) Case No. 1:16-cr-00197 – LJO/SKO - 001
)
John Carl Ojala )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____John Carl Ojala_____, have discussed with _____Francisco J. Guerrero_____, Pretrial Services Officer, modifications of my release conditions as follows: Conditions (i), (j), and (k) of the original release order dated December 13, 2016, shall be removed and modified to the following:

1. You shall only access the internet on one (1) Court approved laptop computer and only for employment-related purposes, as approved by the pretrial services officer; and,

2. You must participate in a computer restriction and monitoring program as directed by the pretrial services officer. You must allow the pretrial services officer to install monitoring software on your one (1) Court approved laptop computer, and, you must not remove, tamper with, or in any way circumvent the software, and you shall be responsible to pay all costs of the computer monitoring software. All other previously imposed conditions, not in conflict with this order, shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  05/03/17    _____  5/03/2017
Signature of Defendant  Date        Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____              5-3-17
Signature of Assistant United States Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____              5·3·17
Signature of Defense Counsel       Date

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on __5-3-17__.

☐ The above modification of conditions of release is *not* ordered.

_____              5-3-17
Signature of Judicial Officer      Date

cc: U.S. Attorney=s Office, Defense Counsel, Pretrial Services