**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JOHN CARL OJALA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN CARL OJALA,<br><br>Defendant | Case No.: 1:16-CR-00197 LKO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO AND BRIAN ENOS, ASSISTANT UNITED STATES ATTORNEY:

Defendant, JOHN OJALA, by and through his attorney of record, DAVID A. TORRES hereby requests that the status conference hearing currently set for Monday, May 15, 2017 be continued to Monday, June 5, 2017.

I have had an opportunity to review the discovery with Mr. Ojala. However, there remains a significant amount of investigation to peruse prior to a status conference. I have a meeting scheduled with Mr. Ojala on Thursday, May 11th and May 23rd to continuing reviewing the evidence. Based upon the forgoing I will not be prepared to proceed with Monday's hearing . I have spoken to AUSA Brian Enos and he has no objection to continuing the status conference hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 5/11/17  /s/ *David A Torres*
DAVID A. TORRES
Attorney for Defendant
JOHN CARL OJALA

DATED: 5/11/17  /s/*Brian Enos*
BRIAN ENOS
Assistant U.S. Attorney

**ORDER**

Pursuant to the parties' stipulation, the status conference set for May 15, 2017, is hereby continued to June 5, 2017.

The Court notes that an indictment in this case was filed on December 8, 2016, and Mr. Ojala was arraigned on December 13, 2016. As such, at the June 5, 2017 hearing, the parties shall be prepared to explain what remains to be done in this 5-1/2 month old case so the matter can be set for trial, if appropriate.

IT IS SO ORDERED.

Dated:  **May 11, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE