**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JOHN OJALA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>JOHN OJALA,<br><br>                    Defendant | Case No.: 1:16-CR-00197 LJO-SKO<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, JOHN OJALA, hereby waives his appearance in person in open court upon the status conference set for Monday, June 5, 2017 at 1:00 p.m. in Courtroom 7 of the above entitle court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 6/1/17                                                        */s/John Ojala*_____
                                                                              JOHN OJALA

Date: 6/1/17                                                        */s/David A. Torres*_____
                                                                              DAVID A. TORRES

Summary of Pleading - 1

**ORDER**

**IT IS HEREBY ORDERED** that defendant JOHN OJALA is excused from appearing at the status conference set for June 5, 2017.

IT IS SO ORDERED.

Dated: **June 1, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE