**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JOHN CARL OJALA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN CARL OJALA,<br><br>Defendant | Case No.: 1:16-CR-00197 LKO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO AND BRIAN W. ENOS, ASSISTANT UNITED STATES ATTORNEY:

    Defendant, JOHN CARL OJALA, by and through his attorney of record, DAVID A. TORRES hereby requests that the status conference hearing currently set for Tuesday, September 5, 2017 be continued to Monday, November 20, 2017.

    Counsel for defendant has have been in communication with government counsel regarding this matter. Counsel for the government is preparing a plea agreement and will forward to defense counsel within the next week. In the event this matter does not resolve, counsel have discussed possible trial dates for this coming spring, 2018, assuming counsels' respective calendars hold. Pursuant to these efforts, counsel for both parties stipulate to continuing the status conference hearing. If the matter does not resolve by the continued status conference date, counsel will be prepared to set a trial date.

For the above stated reasons, the stipulated continuance will conserve time and resources both for the parties and the court, and any delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 8/29/17  */s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
JOHN CARL OJALA

DATED: 8/29/17  */s/Brian W. Enos*
BRIAN W. ENOS
Assistant U.S. Attorney

**ORDER**

The parties' stipulated request for a continuance of the status conference date from September 5, 2017, to November 20, 2017, is GRANTED to provide the parties additional time to achieve a mutually agreeable resolution of this matter. Should the parties resolve the case, they shall inform the court so the matter can be reset as a change of plea hearing before United States District Judge Lawrence J. O'Neill.

If the parties are unable to resolve this matter, the parties shall be prepared to select a mutually agreeable trial date at the next status conference.

IT IS SO ORDERED.

Dated: **August 31, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE