McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-CR-00197-LJO-SKO |
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| JOHN CARL OJALA, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant John Carl Ojala, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant John Carl Ojala's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Hewlett Packard Pavilion Desktop Computer, and all data and content stored thereon, seized from defendant by law enforcement on or about June 22, 2016;

   b. Seagate Barracuda 1TB internal hard drive, and all data and content stored thereon, seized from defendant by law enforcement on or about June 22, 2016;

   c. Seagate Barracuda 320 GB internal hard drive, and all data and content stored thereon, seized from defendant by law enforcement on or about June 22, 2016;

d. Western Digital 3TB external hard drive (Serial No. WME4N0E4TMC7), and all data and content stored thereon, seized from defendant by law enforcement on or about June 22, 2016;

e. Western Digital 3TB external hard drive (Serial No. WMC1T3679958), and all data and content stored thereon, seized from defendant by law enforcement on or about June 22, 2016;

f. Western Digital 1TB external hard drive, and all data and content stored thereon, seized from defendant by law enforcement on or about June 22, 2016;

g. Rocketfish 1TB external hard drive, and all data and content stored thereon, seized from defendant by law enforcement on or about June 22, 2016; and

h. Computers, cellular phones, SD cards, compact discs, hard drives, or other electronic storage devices containing visual depictions of minors engaged in sexually explicit conduct, and all data and content stored thereon, seized from defendant by law enforcement on or about June 22, 2016.

2. The above-listed assets constitute property which contain visual depictions that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was reproduced using materials which have been mailed or so shipped or transported, by any means in violation of 18 U.S.C. § 2252(a)(2).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Homeland Security Investigations or Customs and Border Protection, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov. The

United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

      b.      This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **June 21, 2018**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE