**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JOHN CARL OJALA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> JOHN CARL OJALA, <br> Defendant | Case No.: 1:16-CR-00197 LKO-SKO <br><br> **STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE O'NEILL AND BRIAN ENOS, ASSISTANT UNITED STATES ATTORNEY:

Defendant, JOHN OJALA, by and through his attorney of record, DAVID A. TORRES hereby requests that the sentencing hearing currently set for Monday, October 1, 2018 be continued to Monday, October 29, 2018.

Due to a variety of scheduling conflicts over the past month, USPO Anthony Andrews and I have been unavailable to schedule a mutually convenient probation interview time. Mr. Andrews informed me because of the delay, he will require additional time to prepare the PSI. My wife and I are scheduled to be out of the country from October 5th through October 23rd. As such, we respectfully request this court to grant this continuance. Mr. Ojala is prepared to exclude time for sentencing. I have spoken to AUSA Brian Enos and he has no objection to the continuance.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 8/7/18 */s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
JOHN CARL OJALA

DATED: 8/7/18 */s/Brian Enos*
BRIAN ENOS
Assistant U.S. Attorney

**ORDER**

**T**he sentencing hearing is continued to October 29, 2018.

IT IS SO ORDERED.

Dated: **August 7, 2018**            **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE