McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-CR-00197-LJO-SKO |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JOHN CARL OJALA, | |
| Defendant. | |

WHEREAS, on June 21, 2018, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant John Carl Ojala in the following property:

a. Hewlett Packard Pavilion Desktop Computer, serial number MXV815012N;

b. Seagate Barracuda 1TB internal hard drive, serial number 9QJ227KC;

c. Seagate Barracuda 320 GB internal hard drive, serial number 9VM5HYJ2;

d. Western Digital 3TB external hard drive, serial number WME4N0E4TMC7;

e. Western Digital 3TB external hard drive, serial number WMC1T3679958;

f. Western Digital 1TB external hard drive, serial number WCAV54840779;

g. Rocketfish 1TB external hard drive, serial number RF-AHD35; and

h. SD cards, compact discs, hard drives, or other electronic storage devices containing visual depictions of minors engaged in sexually explicit conduct.

AND WHEREAS, beginning on June 27, 2018, for at least thirty (30) consecutive days respectively, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the above-described property: Daniel Trent, Diana Trent, and John Carl Ojala, Jr.

AND WHEREAS, the Court has been advised that Daniel Trent, Diana Trent, and John Carl Ojala, Jr. have not filed a claim to the subject property and the time for them to file a claim has expired.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of John Carl Ojala.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  **December 4, 2018**              /s/ Lawrence J. O'Neill
                                          UNITED STATES CHIEF DISTRICT JUDGE