1 | The Law Office of Victor Nasser
2 | Victor Nasser, Esq SBN: 326736
  | 1226 L Street
3 | Bakersfield, California 93301
  | Tel: (310) 903-9721
4 | Email: victor@vicnasserlaw.com

5 | Attorneys for Defendant
  | JOHN CARL OJALA
6

7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA

10

| THE UNITED STATES OF AMERICA, | Case No.: 1:16-CR-000197 JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO VACATE STATUS CONFERENCE AND SET CONTESTED VIOLATION OF SUPERVISION HEARING** |
| v. | |
| JOHN CARL OJALA, | |
| Defendant. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE CHRISTOPHER D. BAKER AND DAVID GAPPA, ASSISTANT UNITED STATES ATTORNEY:

Defendant, JOHN OJALA, by and through his attorney of record, Victor Nasser, hereby requests that the status conference hearing currently set for Thursday, September 21, 2023, be vacated and that a Contested Hearing on the Violation of Supervision Petition be set for Wednesday, November 01, 2023.

I have had an opportunity to review the discovery with Mr. Ojala and have had multiple meetings. It was not until a final meeting with Mr. Ojala on Wednesday, September 13, 2023, that Mr. Ojala decided to assert his right and contest the alleged violations.

I have spoken to AUSA David Gappa and he has no objection to vacating the status

1  conference currently scheduled for September 21, 2023, and setting a Contested Hearing on the
2  Petition of Violation of Supervision on November 01, 2023, at 9:00 A.M. in the Robert E. Coyle
3  Federal Courthouse-courtroom four, located in Fresno, California, before the Honorable Jennifer
4  L. Thurston. The date of November 01, 2023, on Judge Thurston's calendar has been previously
5  approved by Courtroom Deputy, Irma Munoz on September 14, 2023.

**IT IS SO STIPULATED**

Respectfully Submitted,

DATED: 09/14/23                             /s/ *Victor Nasser*
                                            Victor Nasser
                                            Attorney for Defendant
                                            JOHN CARL OJALA


DATED: 09/14/23                             /s/ *David Gappa*
                                            DAVID GAPPA
                                            Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>JOHN CARL OJALA,<br><br>                 Defendant. | Case No.  1:16-CR-000197 JLT-SKO<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE SEPTEMBER 21, 2023, STATUS CONFERENCE AND SET CONTESTED VIOLATION OF SUPERVISION HEARING ON NOVEMBER 1, 2023** |

**[~~PROPOSED~~] O R D E R**

    IT IS ORDERED that the Status Conference hearing currently set for September 21, 2023, at 2:30 pm is vacated.

    IT IS FURTHER ORDERED THAT a Contested Hearing on the Petition of Violation of Supervision be set on November 01, 2023, at 9:00 A.M. at the Robert E. Coyle Federal Courthouse- courtroom four, located in Fresno, California, before the Honorable Jennifer L. Thurston.

IT IS SO ORDERED.

Dated:  **September 14, 2023**  _____
                                                        UNITED STATES MAGISTRATE JUDGE