**The Law Office of Victor Nasser**
Victor Nasser, Esq SBN: 326736
1226 L Street
Bakersfield, California 93301
Tel: (310) 903-9721
Email: victor@vicnasserlaw.com

Attorneys for Defendant
John Carl Ojala

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN CARL OJALA,<br><br>Defendant. | No. 1:16-CR-00197<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF VICTOR NASSER AS ATTORNEY OF RECORD ORDER** |

    On June 07, 2023, a petition alleging violations of supervised release was filed against defendant John Carl Ojala. After a contested hearing held on December 13, 2024, charges one, three, and four alleged in the Violation of Supervised Release Petition were found to be true. Mr. Ojala was sentenced on January 29, 2024, to term of five months in custody. Having completed his representation of Mr. Ojala, CJA attorney, Victor Nasser now moves to terminate his appointment under the Criminal Justice Act.

    Should Mr. Ojala require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

//

1

Dated: February 21, 2024                                          Respectfully submitted,


                                                                  /s/ **Victor Nasser**
                                                                  Victor Nasser,
                                                                  Attorney for Defendant
                                                                  John Carl Ojala


**ORDER**


Having reviewed the notice and found that attorney Victor Nasser has completed the services for which he was appointed, the Court herby grants attorney Victor Nasser's request for leave to withdraw as defense counsel in this matter. Should Mr. Ojala require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

The Clerk of the Court is directed to serve a copy of this order on Defendant John Carl Ojala at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Fresno County Jail
1225 M Street
Fresno, California 93721


IT IS SO ORDERED.

Dated:   **February 21, 2024**                                    _Jennifer L. Thurston_
                                                                  UNITED STATES DISTRICT JUDGE

2